1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **JOSE MANUEL BEDALLA**, | CASE NO.:  5:12-cv-02307-RMW |
| Plaintiff, | *Complaint Filed: May 8, 2012* |
| vs. | Assigned to Honorable Ronald M. Whyte Courtroom 6, 4th Floor |
| **BANK OF AMERICA, N.A.**, organized and existing under laws of New York, **RECONTRUST COMPANY, N.A.**, is organized and exists under the laws of the State of Texas, | **[] ORDER** |
| Defendants. | |

___

**[] ORDER - CASE NO.:  5:12-cv-02307-RMW**

1  Pursuant to this court's order dated November 8, 2012, plaintiff's complaint was dismissed
2  without prejudice and plaintiff's failure timely to submit an amended complaint within thirty days
3  would result in the dismissal of plaintiff's complaint with prejudice.  Plaintiff has since failed to
4  amend.  Accordingly, IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED WITH
5  
6  PREJUDICE.
7
8  Date: _____          _____
9                                                                          Hon. Ronald M. Whyte

-1-

_____

**[] ORDER - CASE NO.:  5:12-cv-02307-RMW**