UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORIA

SAN JOSE DIVISION

| | |
|---|---|
| **JOSE MANUEL BEDALLA**, | CASE NO.: 5:12-cv-02307-RMW |
| Plaintiff, | *Complaint Filed: May 8, 2012* |
| vs. | Assigned to Honorable Ronald M. Whyte<br>Courtroom 6, 4th Floor |
| **BANK OF AMERICA, N.A.**, organized and existing under laws of New York, **RECONTRUST COMPANY, N.A.**, is organized and exists under the laws of the State of Texas, | **AMENDED [] ORDER** |
| Defendants. | |

This order amends the unsigned order at Dkt. No. 29, which was posted in error. Pursuant to this court's order dated November 8, 2012, plaintiff's complaint was dismissed without prejudice and plaintiff's failure timely to submit an amended complaint within thirty days would result in the dismissal of plaintiff's complaint with prejudice. Plaintiff has since failed to amend. Accordingly, IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

Date: March 6, 2013

*Ronald M. Whyte*
Hon. Ronald M. Whyte

[] ORDER - CASE NO.: 5:12-cv-02307-RMW